```
STEPHEN V. BOMSE (Bar No. 40486)
E-Mail: stephen.bomse@hellerehrman.com
CATHERINE P. ROSEN (Bar No. 62662)
E-Mail: catherine.rosen@hellerehrman.com
ANDREA L. BROWN (Bar No. 237629)
E-Mail: andrea.brown@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK MUSIC CORP., WARNER BROS., INC., BARTON MUSIC CORP., HARWIN MUSIC CORP., and STEVE MILLER d/b/a SAILOR MUSIC,

Plaintiffs,

v.

STEVEVP, LLC and FREDERICK STEVEN ENGELBRECHT,

Defendants.

Case No.: C 07 3879 RS

**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Fed.R.Civ.P. 7.1, plaintiffs submit this disclosure statement.

Plaintiff Warner Bros., Inc. is wholly owned by publicly held Warner Music Group.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Heller Ehrman LLP

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties and the parties listed herein, there is no such interest to report.

Dated: July _D_, 2007                    HELLER EHRMAN LLP

By _/s/ Andrea L. Brown_
ANDREA L. BROWN
Attorneys for Plaintiffs

PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS