| Attorney or Party without Attorney:<br>Andrea L. Brown (CSB# 237629)<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, CA 94104<br>Attorney for: Plaintiffs | Telephone<br>(415) 770-6000 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Frank Music Corp., et al v. STEVEVP, LLC and Frederick Steven Engelbrecht | | |
| PROOF OF SERVICE | | Case Number: C 07 3879 RS |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: STEVEVP, LLC
   b. Person Served: Arthur C. Lipton, Esq., Agent for Service of Process, Authorized to Accept on Behalf

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: August 7, 2007
   (2) TIME: 4:03pm
   (3) ADDRESS: Arthur C. Lipton, Esq.
             870 Market Street, Suite 945
             San Francisco, CA 94104

4. Witness fees were not demanded or paid.

Fee for Service: $50.00

Person Serving: Joshua Bennett
Registered California Process Server
County: San Francisco   Registration #: 1007

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: August 8, 2007    Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Case No. C 07 3879 RS

1. SUMMONS IN A CIVIL CASE;
2. COMPLAINT;
3. CIVIL COVER SHEET;
4. PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
5. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
6. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
7. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [BLANK];
8. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE [BLANK];
9. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;
10. STANDING ORDER FOR UNITED STATES MIAGISTRATE JUDGE RICHARD SEEBORG;
11. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION REGARDING CASE MANAGEMENT IN CIVIL CASES;
12. ECF REGISTRATION INFORMATION HANDOUT;
13. ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE;
14. UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION FILING GUIDELINES AND TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES;