| Attorney or Party without Attorney:<br>Andrea L. Brown (CSB# 237629)<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, CA 94104<br>Attorney for: Plaintiffs | Telephone<br>(415) 772-6000 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Frank Music Corp, et al v. STEVEVP, LLC and Frederick Steven Engelbrecht | | |
| PROOF OF SERVICE | | Case Number: C 07 3879 RS |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Frederick Steven Engelbrecht
   b. Person Served: Jeffrey Mullet, Bartender

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: August 20, 2007
   (2) TIME: 7:20pm
   (3) ADDRESS: Skylark
       3089 16th Street
       San Francisco, CA 94103

4. I thereafter mailed (via first-class, postage prepaid) copies of the documents to the party to be served at the place where the copies were left. Mailed from San Francisco, California on August 21, 2007.

5. Witness fees were not demanded or paid.

Fee for Service: $80.00

Person Serving: John B. Spillane
Registered California Process Server
County: San Francisco   Registration #: 937

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: August 21, 2007   Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Case No. C 07 3879 RS

1. SUMMONS IN A CIVIL ACTION;
2. COMPLAINT;
3. CIVIL COVER SHEET;
4. PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
5. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
6. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
7. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [BLANK];
8. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE [BLANK];
9. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;
10. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION, STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES;
11. STANDING ORDER FOR UNITED STATES MAGISTRATE JUDGE RICHARD SEEBORG RE: INITIAL CASE MANAGEMENT;
12. ECF REGISTRATION INFORMATION HANDOUT;
13. ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE;
14. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION FILING GUIDELINES AND HEARING SCHEDULES FOR CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL