1 **LIPTON & PIPER, LLP**
ARTHUR C. LIPTON, C.S.B.#74710
2 JONATHAN L. PIPER, C.S.B. #225701
Flood Building - Suite 945
3 870 Market Street
San Francisco, CA  94102
4 Phone:  (415) 362-6286
Fax:     (415) 362-6819
5
Attorneys for Defendants,
6 STEVEVP, LLC and FREDERIC STEVEN ENGELBRECHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MUSIC CORP., WARNER BROS., INC., BARTON MUSIC CORP., HARWIN MUSIC CORP., and STEVE MILLER dba SAILOR MUSIC, | Case No.: C-07-3879-RS |
| Plaintiffs, | **DEFENDANTS ANSWER TO THE COMPLAINT** |
| vs. | |
| STEVEVP, LLC and FREDERIC STEVEN ENGELBRECHT, | |
| Defendants. | |

Defendants, STEVEVP, LLC and FREDERIC STEVEN ENGELBRECHT, (hereafter "Defendants") answer Plaintiffs, FRANK MUSIC CORP., WARNER BROS., INC., BARTON MUSIC CORP., HARWIN MUSIC CORP., AND STEVE MILLER dba SAILOR MUSIC, LTD's, (hereafter "Plaintiffs") Complaint, on personal knowledge as to their own activities and on information and belief as to the activities of others, as follows:

**RESPONSE TO SPECIFIC ALLEGATIONS**

1. These answering Defendants deny knowledge and information sufficient to form a belief as to the truth of the allegations contained in the following paragraphs, and on that basis deny: 2, 3, 7,

8, 9, 10, 11, 14(a), 14(b), 14( c), 15 and 16.

2.  These answering Defendants admit the allegation in the following paragraphs: 1, 4, 5, and 6.

3.  These answering Defendants lack information to respond to the allegations contained in paragraph 13 (Causes of Action 1 to 4,) but Defendants affirmatively deny that any performance occurred on 2/16/07, as is specified in "Column 9" in Cause of Action No. 5.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
**(Failure to State a Cause of Action)**

These answering Defendants allege that the Complaint, and each cause of action therein, fails to state facts sufficient to constitute a cause of action.

### SECOND AFFIRMATIVE DEFENSE
**(Unclean Hands)**

These answering Defendants allege that the Complaint, and each cause of action therein, is barred by virtue of Plaintiffs' conduct in causing or contributing to the damages alleged by Plaintiffs, under the Doctrine of Unclean Hands.

### THIRD AFFIRMATIVE DEFENSE
**(Laches)**

These answering Defendants alleges that the Complaint, and each cause of action therein, is barred by the Doctrine of Laches because Plaintiffs unreasonably delayed in bringing this action to the prejudice of these answering Defendants.

### FOURTH AFFIRMATIVE DEFENSE
**(Failure to Mitigate Damages)**

These answering Defendants alleges that Plaintiffs, failed and neglected to use reasonable care to mitigate their damages, if any there may be, and Plaintiffs are therefore barred from recovering in whole or in part by said failure to mitigate.

### FIFTH AFFIRMATIVE DEFENSE
**(Outside Scope of Employment)**

If Defendants' employees, or any of them, committed any or all acts alleged in the Complaint, although such is not admitted hereby or herein, such acts were committed outside the scope of employment and/or not by agents of Defendants; thus, these answering Defendants are not liable for

any such acts.

**SIXTH AFFIRMATIVE DEFENSE**
**(Statute of Limitations)**

These answering Defendants allege that the Complaint, and each cause of action therein, is barred by the applicable Statute of Limitations because Plaintiffs unreasonably delayed in bringing this action to the prejudice of these answering Defendants.

**SEVENTH AFFIRMATIVE DEFENSE**
**(Waiver and Estoppel)**

These answering Defendants allege that Plaintiff, acquiesced and has waived and is estopped and barred from alleging the matters set forth in the Complaint.

**EIGHTH AFFIRMATIVE DEFENSE**
**(Adequacy of Remedy at Law)**

The injury or damage suffered by Plaintiffs, if any there be, would be adequately compensated in an action at law for damages.  Accordingly, Plaintiffs have a complete and adequate remedy at law, and are not entitled to seek equitable relief.

**NINTH AFFIRMATIVE DEFENSE**
**(Good Faith Attempt to Comply with the Law)**

Defendants hereby allege that Plaintiffs have not suffered damages because any alleged acts or omissions by these answering Defendants, if any there may be, were in done in good faith and Defendants had reasonable grounds for believing that their conduct did not violate any laws.

**TENTH AFFIRMATIVE DEFENSE**
**(Standing)**

Plaintiffs do not have standing to bring the stated claims against these answering Defendants.

**ELEVENTH AFFIRMATIVE DEFENSE**
**(Licensed Performance)**

These answering Defendants allege that the performance of songs claimed in Causes of Action 1 to 4, if any there may be, were properly licensed through the Karaoke performer hired to perform said songs, and as a result, Defendants are not liable to Plaintiffs for any of the alleged performances.

**TWELFTH AFFIRMATIVE DEFENSE**
**(Discovery has not Commenced-Reservation of Rights)**

These answering Defendants allege that, as to the Complaint and each cause of action alleged therein, Defendants have not commenced discovery; and that on the basis of future discovery defenses may become known or substantiated. Therefore, these answering Defendants reserve their right to add said affirmative defenses within a reasonable time after the facts underlying said defenses may become known to the answering Defendants.

**PRAYER FOR RELIEF**

WHEREFORE, Defendants pray:

1. That Plaintiffs take nothing by reason of their Complaint,
2. For reasonable attorney's fees,
3. Costs of the suit,
4. Such other relief as the court may deem just and proper.

Dated: September 6, 2007

**LIPTON & PIPER, LLP**

_____/S/_____
Jonathan L. Piper,
Attorney for Defendants

4