STEPHEN V. BOMSE (Bar No. 40486)
(stephen.bomse@hellerehrman.com)
CATHERINE P. ROSEN (Bar No. 62662)
(catherine.rosen@hellerehrman.com)
DAVID J. SIMON (Bar No. 241501)
(david.simon@hellerehrman.com)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK MUSIC CORP., WARNER BROS., INC., BARTON MUSIC CORP., HARWIN MUSIC CORP., and STEVE MILLER d/b/a SAILOR MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEVP, LLC and FREDERICK STEVEN ENGELBRECHT,<br><br>Defendants. | Case No.:  C-07-3879-RS<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

Heller
Ehrman LLP

SUBSTITUTION OF ATTORNEY
CASE NO. C-07-3879-RS

1  TO THE COURT AND ALL COUNSEL OF RECORD:

2      Notice is hereby given by and through Heller Ehrman LLP, counsel for Plaintiffs

3  FRANK MUSIC CORP., ET AL. that David J. Simon of Heller Ehrman LLP hereby

4  substitutes in for Andrea L. Brown as attorney for Plaintiffs in the above-entitled matter.

5  Ms. Brown has left the firm. Heller Ehrman LLP will remain as counsel for Plaintiffs.

6      Plaintiffs FRANK MUSIC CORP., ET AL. requests that service of documents be

7  made on the following attorneys:

Stephen V. Bomse
Catherine P. Rosen
David J. Simon
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104

DATED: October 16, 2007        Respectfully submitted,

                                          HELLER EHRMAN LLP

                                          By *s/*_____
                                          David J. Simon
                                          Attorneys for Plaintiffs

Heller Ehrman LLP

## Proof of Service

I, Kathy Rogers, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 333 Bush Street, San Francisco, CA 94104-2878. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On October 16, 2007, I served the following:

- **NOTICE OF SUBSTITUTION OF ATTORNEY**

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

Arthur P. Lipton, Esq.
Jonathan L. Piper, Esq.
The Flood Building
870 Market Street, Suite 945
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this proof of service was executed on October 16, 2007 at San Francisco, California.

_____
Kathy Rogers

Heller Ehrman LLP

PROOF OF SERVICE
CASE NO. C-07-3879-RS