||||
|---|---|---|
|1| |UNITED STATES DISTRICT COURT|
|2| |NORTHERN DISTRICT OF CALIFORNIA|
|3| |SAN JOSE DIVISION|

| | | |
|---|---|---|
| 4 | FRANK MUSIC CORP., WARNER BROS., INC., BARTON MUSIC CORP., HARWIN MUSIC CORP., and STEVE MILLER d/b/a SAILOR MUSIC, | Case No.: C-07-3879-RS |
| 5 | | |
| 6 | | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| 7 | Plaintiffs, | **ADR CERTIFICATION** |
| 8 | v. | |
| 9 | STEVEVP, LLC and FREDERICK STEVEN ENGELBRECHT, | |
| 10 | | |
| 11 | Defendants. | |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration     ☐ ENE     ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**
☐ Private ADR *(please identify process and provider)*

_____

Dated: 10/24/2007                      HELLER EHRMAN, LLP

                                       /s/ David J. Simon
                                       Attorney for Plaintiffs

Dated: 10/24/2007                      LIPTON & PIPER, LLP

                                       _____
                                       Attorney for Defendants

IT IS ORDERED:
Dated: _____         _____
                                       UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION;
CASE NO.: C -07-3879-RS

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 10/24/2007           Frank Music Corp., et al. by their attorney-in-fact American Society of Composers, Authors and Publishers

/s/ Richard H. Reimer
    Richard H. Reimer, Senior Vice President - Legal Services ASCAP

Dated: 10/24/2007           HELLER EHRMAN, LLP

/s/ David J. Simon
    David J. Simon, Attorneys for Plaintiffs

Dated: 10/24/2007           _____
    Frederic Steven Engelbrecht, Defendant

Dated: 10/24/2007           _____
    Stevevp, LLC, Defendant

Dated: 10/24/2007           LIPTON & PIPER, LLP

_____
    Arthur C. Lipton, Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK MUSIC CORP., WARNER BROS., INC., BARTON MUSIC CORP., HARWIN MUSIC CORP., and STEVE MILLER d/b/a SAILOR MUSIC, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEVP, LLC and FREDERICK STEVEN ENGELBRECHT, <br><br> Defendants. | Case No.: C-07-3879-RS <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS <br><br> ADR CERTIFICATION |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration    ☐ ENE    ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

_____

Dated: 10/24/2007                HELLER EHRMAN, LLP

/s/ David J. Simon
Attorney for Plaintiffs


Dated: 10/24/2007                LIPTON & PIPER, LLP

_____[signature]_____
Attorney for Defendants

IT IS ORDERED:
Dated: _____          _____
                                UNITED STATES DISTRICT JUDGE

3

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 10/24/2007

Frank Music Corp., et al. by their attorney-in-fact American Society of Composers, Authors and Publishers

_____
Richard H. Reimer, Senior Vice President - Legal Services ASCAP

Dated: 10/24/2007

HELLER EHRMAN, LLP

/s/ David J. Simon
David J. Simon, Attorneys for Plaintiffs

Dated: 10/24/2007

_____
Frederic Steven Engelbrecht, Defendant

Dated: 10/24/2007

_____
Stevevp, LLC, Defendant

Dated: 10/24/2007

LIPTON & PIPER, LLP

_____
Arthur C. Lipton, Attorney for Defendants

4

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION:

## Proof of Service

I, Kathy Rogers, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 333 Bush Street, San Francisco, CA 94104-2878. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On October 24, 2007, I served the following:

- **STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS; ADR CERTIFICATION**

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

Arthur P. Lipton, Esq.
Jonathan L. Piper, Esq.
The Flood Building
870 Market Street, Suite 945
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this proof of service was executed on October 24, 2007 at San Francisco, California.

_Kathy Rogers_
Kathy Rogers