UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FRANK MUSIC CORP., et al.

       Plaintiff(s),

   v.

STEVEVP, LLC, et al.

       Defendant(s).
_____/

CASE NO. C 07 3879

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 11/14/2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| David Simon | Frank Music Corp., et al. | (415) 772-6431 | david.simon@hellerehrman.com |
| Arthur Lipton | Stevevp, LLC, et al. | (415) 362-6286 | ace@liptonpiper.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/24/2007

/s/ David J. Simon
Attorney for Plaintiff

Dated: 10/24/2007

/s/ Arthur C. Lipton
Attorney for Defendant

Rev 12.05

## Proof of Service

I, Kathy Rogers, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 333 Bush Street, San Francisco, CA 94104-2878. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On October 24, 2007, I served the following:

- **NOTICE OF NEED FOR ADR PHONE CONFERENCE**

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

Arthur P. Lipton, Esq.
Jonathan L. Piper, Esq.
The Flood Building
870 Market Street, Suite 945
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this proof of service was executed on October 24, 2007 at San Francisco, California.

*/s/ Kathy Rogers*
Kathy Rogers