**United States District Court**
For the Northern District of California

**\*E-FILED\***
**October 30, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK MUSIC CORPORATION, et al.,          No. C 07-03879 RS

       Plaintiffs,

  v.                                                                   **CLERK'S NOTICE**

STEVEVP, et al.,

       Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The case management conference in the above-captioned matter currently set for November 14, 2007 at 2:30 p.m. has been continued to **December 19, 2007 at 2:30 p.m.**

Dated: October 30, 2007

                                              For the Court,
                                              RICHARD W. WEIKING, Clerk

                                              By:   /s/ Martha Parker Brown
                                                           Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Stephen V. Bomse    sbomse@hewm.com, catherine.lubiszewski@hellerehrman.com

Jonathan Lee Piper    jon@acelawyers.com

Catherine Picard Rosen    catherine.rosen@hellerehrman.com

David Jonathon Simon    David.Simon@hellerehrman.com, Amy.Barth@hellerehrman.com, Janet.Kirk@hellerehrman.com, Kathy.Rogers@hellerehrman.com