*E-FILED 12/14/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MUSIC CORPORATION, et al., | No. C 07-03879 RS |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| STEVEVP, et al. | |
| Defendants. | |

The above-entitled case is scheduled for a Case Management Conference on December 19, 2007 at 2:30 p.m. Pursuant to the Order Setting Initial Case Management Conference, a Joint Case Management Conference Statement was to be filed with the Court seven days prior to the Conference. No Case Management Statement has been filed. Therefore, the Court continues the case management conference to **January 16, 2008 at 2:30 p.m.**

The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than **January 9, 2008**.

IT IS SO ORDERED.

Dated: 12/14/07

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Stephen V. Bomse     sbomse@hewm.com, catherine.lubiszewski@hellerehrman.com

Jonathan Lee Piper     jon@acelawyers.com

Catherine Picard Rosen     catherine.rosen@hellerehrman.com

David Jonathon Simon     David.Simon@hellerehrman.com, Amy.Barth@hellerehrman.com, Janet.Kirk@hellerehrman.com, Kathy.Rogers@hellerehrman.com

Dated: 12/14/07

                         /s/ BAK
                         Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

2