1  **UNITED STATES DISTRICT COURT**
2  **NORTHERN DISTRICT OF CALIFORNIA**
3  **SAN JOSE DIVISION**

| | |
|---|---|
| **FRANK MUSIC CORPORATION, ET AL** | **C 07-03879 RS** |
| **Plaintiff(s),** | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **VS.** | |
| **STEVEVP, ET AL,** | |
| **Defendant(s).** | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for January 16, 2008 before the Honorable Judge Richard Seeborg has been continued to February 15, 2008 **@ 10:30 a.m.,** before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on February 5, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375 to take this matter off calendar.

Dated: January 11, 2008                RICHARD W. WIEKING,
                                       Clerk of Court

                                       /s/_____
                                       Martha Parker Brown
                                       Deputy Clerk