STEPHEN V. BOMSE (Bar No. 40486)
E-Mail: stephen.bomse@hellerehrman.com
DAVID J. SIMON (Bar No. 241501)
E-Mail: david.simon@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK MUSIC CORP., WARNER BROS., INC., BARTON MUSIC CORP., HARWIN MUSIC CORP., AND STEVE MILLER d/b/a SAILOR MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEVP, LLC and FREDERICK STEVEN ENGELBRECHT,<br><br>Defendants. | Case No.: C-07-03879-RMW<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS STEVEVP, LLC AND FREDERICK STEVEN ENGELBRECHT** |

NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a) and pursuant to a Settlement Agreement between Plaintiffs Frank Music Corp., et al., and Defendants SteveVP, LLC and Frederick Steven Engelbrecht, Plaintiffs voluntarily dismiss the above-captioned action with prejudice.

Dated: February 14, 2008

Respectfully submitted,

HELLER EHRMAN LLP

By: ___/s/_____
DAVID J. SIMON

Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Ronald M. Whyte
United States District Court Judge

Heller Ehrman LLP

NOTICE OF VOLUNTARY DISMISSAL

2